825 FIFTH AVENUE CORPORATION, Respondent, v. JAMES F. EGAN, Public Administrator of New York County, as Administrator of the Estate of ESTHER S. MILLER, Deceased, Defendant, and PLAINFIELD HOTEL CORPORATION et al., Appellants.

Submitted January 7, 1946; decided January 17, 1946.

*Alfred Satz, James P. Kohler* and *James P. Kohler, Jr.,* for motion.

*Albert A. Raphael* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.